UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DUNKIN' DONUTS FRANCHISING LLC; DD IP HOLDER LLC; BASKIN-ROBBINS FRANCHISING LLC; and BR IP HOLDER LLC, )<br><br>Plaintiffs / Counterclaim Defendants, )<br><br>vs. )<br><br>SAI FOOD HOISPITALITY, LLC, JAYANT PATEL, and ULKA PATEL, )<br><br>Defendants / Counterclaim Plaintiffs, )<br><br>DUNKIN' BRANDS GROUP INC. and DUNKIN' BRANDS INC., )<br><br>Counterclaim Defendants. ) | Case No. 4:11CV01484 AGF |

## MEMORANDUM AND ORDER

This case is before the Court on the motion of Plaintiffs / Counterclaim Defendants to permit registration, pursuant to 28 U.S.C. § 1963, of the judgment entered on May 16, 2014, in the United States District Court for the District of New Jersey. Plaintiffs represent that granting their motion is warranted becasue Defendants have not posted a supersedeas bond pursuant to Federal Rule of Civil Procedure 62(d) in connection with their appeal of the judgment; Defendants lack sufficient assets in Missouri to satisfy the judgment; Defendant Kamlesh Patel, a resident of New Jersey, has assets in that state that could be used to satisfy the judgment; and Plaintiffs have reason to believe that Kamlesh Patel has transferred and concealed the majority of those assets for the purpose of

hindering Plaintiffs' collection efforts. Defendants have not responded to the motion, and the time to do so has expired.

Under 28 U.S.C. § 1963, a district court may order that its judgment for the recovery of damages be registered in another district court, even while an appeal is pending, "for good cause shown." A review of Plaintiffs' unopposed motion and the documents attached thereto persuades the Court that the relief sought by Plaintiffs should be granted.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs / Counterclaim Defendants' motion to to permit registration, pursuant to 28 U.S.C. § 1963, of the judgment entered on May 16, 2014, in the United States District Court for the District of New Jersey is **GRANTED**. (Doc. No. 257.)

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 5th day of January, 2015.